IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY, COVINGTON DIVISION

| | | |
|---|---|---|
| WILLIAM VIRGIL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-CV-224 |
| | ) | |
| CITY OF NEWPORT, et al., | ) | Notice of Appeal |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, William Virgil, in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment granting summary judgment in part and denying it in part, and granting Plaintiff's Motion for Certificate of Appealability, entered in this action on September 30, 2021 (Dckt. No. 352). This appeal includes the claims identified in Plaintiff's Motion for Certificate of Appealability (Dckt. No. 346 at 2).

RESPECTFULLY SUBMITTED,

/s/ Elliot Slosar
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Michael Kanovitz
Elliot Slosar
Amy Robinson Staples
Margaret Campbell
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax: (312) 243-5902

1

## **CERTIFICATE OF SERVICE**

  I, Elliot Slosar, an attorney, hereby certify that on October 12, 2021, I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

                     <u>/s/ Elliot Slosar</u>